**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: SUPER, MARK | § | Case No. 08-31465-BWB |
| SUPER, KELLY | § | |
| | § | |
| Debtors | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,501.66 |
| *and approved disbursements of* | $ 463.40 |
| *leaving a balance of* | $ 8,038.26 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | THOMAS B. SULLIVAN, TRUSTEE | $ 1,600.17 | $ |
| Attorney for trustee | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 1,912.50 | $ 35.13 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Alan D. Lasko | $ 1,492.30 | $ 11.52 |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Fees,* | <u>United States Trustee</u> | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,760.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 1,894.98 | $ 178.21 |
| 2 | PYOD LLC, assignee of Citibank | $ 6,265.19 | $ 589.15 |
| 3 -2 | CHASE BANK USA, NA | $ 6,520.02 | $ 613.11 |
| 4 | PYOD LLC, as assignee of Citibank | $ 6,108.54 | $ 574.42 |
| 5 | American Express Travel Related Svcs Co | $ 2,847.27 | $ 267.75 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 6 | American Express Centurion Bank | $ 3,286.58 | $ 309.06 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 4,838.00 | $ 454.94 |

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                           *Allowed Amt. of Claim*   *Proposed Payment*

         N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                                           *Allowed Amt. of Claim*   *Proposed Payment*

         N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15 on 10/30/2009 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  09/29/2009          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley              Page 1 of 1                 Date Rcvd: Sep 30, 2009
Case: 08-31465                Form ID: pdf006            Total Noticed: 24

The following entities were noticed by first class mail on Oct 02, 2009.
db/jdb        +Mark J Super,   Kelly D Super,   25616 Northcrest Drive,   Minooka, IL 60447-9216
aty           +David Chang,   Chang & Carlin, LLP,   1305 Remington Road,   Suite C,   Schaumburg, IL 60173-4820
aty           +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
tr            +Thomas B Sullivan,   Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
12877644      +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
12877645      +American Express,   Box 0001,   Los Angeles, CA 90096-8000
13586740       American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13571125       American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee LLP,   POB 3001,
                Malvern PA 19355-0701
12877647      +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
13031202      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
14349735       CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE 19850-5145
12877648      +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
12877649      +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
12877651      +Chase Manhattan Mtg,   G7-Pp,   3415 Vision Dr.,   Columbus, OH 43219-6009
12877652      +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12877653      +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13617223       FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK 73124-8809
12877655      +First Again,   350 Tenth Avenue,   Suite 1400,   San Diego, CA 92101-8701
12877656      +Mortgage Service Cente,   Sbrp - 4001 Leadenhall Rd,   Mt Laurel, NJ 08054-4611
12877657      +National City Card Ser,   1 National City Pkwy,   Kalamazoo, MI 49009-8002
13025695       PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
The following entities were noticed by electronic transmission on Sep 30, 2009.
12877646      +E-mail/PDF: CBP@AGFINANCE.COM Oct 01 2009 03:17:52      American General Finance,   Po Box 3121,
                Evansville, IN 47731-3121
13001603       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 01 2009 03:32:51
                Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
12877654      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 01 2009 03:32:51      Discover Financial,
                Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12877650*    +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 02, 2009**                    **Signature:** *Joseph Speetjens*