**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SUPER, MARK | § | Case No. 08-31465-BWB |
| SUPER, KELLY | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $76,750.00 |
| Total Distribution to Claimants: $2,987.34 | Claims Discharged Without Payment: $28,773.24 |
| Total Expenses of Administration: $5,515.02 | |

3) Total gross receipts of $ 8,502.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,502.36 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,515.02 | 5,515.02 | 5,515.02 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 31,760.58 | 31,760.58 | 2,987.34 |
| **TOTAL DISBURSEMENTS** | $0.00 | $37,275.60 | $37,275.60 | $8,502.36 |

4) This case was originally filed under Chapter 7 on November 18, 2008.
. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2009 By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 HARLEY DAVIDSON SOFT TRAIL | 1129-000 | 8,500.00 |
| Interest Income | 1270-000 | 2.36 |
| **TOTAL GROSS RECEIPTS** | | $8,502.36 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,600.17 | 1,600.17 | 1,600.17 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 1,912.50 | 1,912.50 | 1,912.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 35.13 | 35.13 | 35.13 |
| Alan D. Lasko | 3410-000 | N/A | 1,492.30 | 1,492.30 | 1,492.30 |
| Alan D. Lasko | 3420-000 | N/A | 11.52 | 11.52 | 11.52 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 463.40 | 463.40 | 463.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,515.02 | 5,515.02 | 5,515.02 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 1,894.98 | 1,894.98 | 178.24 |
| PYOD LLC, assignee of Citibank | 7100-000 | N/A | 6,265.19 | 6,265.19 | 589.29 |
| CHASE BANK USA, NA | 7100-000 | N/A | 6,520.02 | 6,520.02 | 613.26 |
| PYOD LLC, as assignee of Citibank | 7100-000 | N/A | 6,108.54 | 6,108.54 | 574.56 |
| American Express Travel Related Svcs Co | 7100-000 | N/A | 2,847.27 | 2,847.27 | 267.81 |
| American Express Centurion Bank | 7100-000 | N/A | 3,286.58 | 3,286.58 | 309.13 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 4,838.00 | 4,838.00 | 455.05 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 31,760.58 | 31,760.58 | 2,987.34 |

Exhibit 8



# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-31465-BWB
**Case Name:** SUPER, MARK
SUPER, KELLY
**Period Ending:** 12/11/09

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Filed (f) or Converted (c):** 11/18/08 (f)
**§341(a) Meeting Date:** 12/11/08
**Claims Bar Date:** 03/18/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 25616 NORTHCREST DRIVE, MINOOKA | 304,000.00 | 0.00 | | 0.00 | FA |
| 2 | TIMESHARE CABO ST LUCAS | 0.00 | 0.00 | | 0.00 | FA |
| 3 | SAVINGS/CHECKING | 500.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | LIFE INS. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 401K/403B | 33,800.00 | 0.00 | | 0.00 | FA |
| 9 | 1999 GMC DENALI | 3,250.00 | 0.00 | | 0.00 | FA |
| 10 | 1998 BMW 528I | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 HARLEY DAVIDSON SOFT TRAIL | 12,000.00 | 12,000.00 | | 8,500.00 | FA |
| 12 | 2007 HONDA REBEL 250 | 2,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.36 | Unknown |
| **13** | **Assets** **Totals** (Excluding unknown values) | **$362,750.00** | **$12,000.00** | | **$8,502.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

SEEKING TO SELL HONDA REBEL

**Initial Projected Date Of Final Report (TFR):** June 30, 2009 **Current Projected Date Of Final Report (TFR):** June 30, 2009

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 08-31465-BWB
**Case Name:** SUPER, MARK
SUPER, KELLY
**Taxpayer ID #:** 54-6937143
**Period Ending:** 12/11/09

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****21-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/09 | {11} | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF MOTORCYCLE | 1129-000 | 8,500.00 | | 8,500.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 8,500.27 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,500.60 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 8,500.96 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,501.31 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,501.66 |
| 09/15/09 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | REIMBURSEMENT OF EXPENSES TO AUCTIONEER | 3620-000 | | 463.40 | 8,038.26 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,038.60 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,038.93 |
| 11/03/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 8,038.96 |
| 11/03/09 | | To Account #********2166 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 8,038.96 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **8,502.36** | **8,502.36** | **$0.00** |
| Less: Bank Transfers | 0.00 | 8,038.96 | |
| **Subtotal** | **8,502.36** | **463.40** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,502.36** | **$463.40** | |

{} Asset reference(s)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 08-31465-BWB
**Case Name:** SUPER, MARK
SUPER, KELLY
**Taxpayer ID #:** 54-6937143
**Period Ending:** 12/11/09

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****21-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/09 | | From Account #********2165 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 8,038.96 | | 8,038.96 |
| 11/09/09 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,600.17, Trustee Compensation; Reference: | 2100-000 | | 1,600.17 | 6,438.79 |
| 11/09/09 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,912.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,912.50 | 4,526.29 |
| 11/09/09 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $35.13, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 35.13 | 4,491.16 |
| 11/09/09 | 104 | Alan D. Lasko | Dividend paid 100.00% on $1,492.30, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,492.30 | 2,998.86 |
| 11/09/09 | 105 | Alan D. Lasko | Dividend paid 100.00% on $11.52, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 11.52 | 2,987.34 |
| 11/09/09 | 106 | Discover Bank/DFS Services LLC | Dividend paid 9.40% on $1,894.98; Claim# 1; Filed: $1,894.98; Reference: | 7100-000 | | 178.24 | 2,809.10 |
| 11/09/09 | 107 | PYOD LLC, assignee of Citibank | Dividend paid 9.40% on $6,265.19; Claim# 2; Filed: $6,265.19; Reference: | 7100-000 | | 589.29 | 2,219.81 |
| 11/09/09 | 108 | CHASE BANK USA, NA | Dividend paid 9.40% on $6,520.02; Claim# 3 -2; Filed: $6,520.02; Reference: | 7100-000 | | 613.26 | 1,606.55 |
| 11/09/09 | 109 | PYOD LLC, as assignee of Citibank | Dividend paid 9.40% on $6,108.54; Claim# 4; Filed: $6,108.54; Reference: | 7100-000 | | 574.56 | 1,031.99 |
| 11/09/09 | 110 | American Express Travel Related Svcs Co | Dividend paid 9.40% on $2,847.27; Claim# 5; Filed: $2,847.27; Reference: | 7100-000 | | 267.81 | 764.18 |
| 11/09/09 | 111 | American Express Centurion Bank | Dividend paid 9.40% on $3,286.58; Claim# 6; Filed: $3,286.58; Reference: | 7100-000 | | 309.13 | 455.05 |
| 11/09/09 | 112 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 9.40% on $4,838.00; Claim# 7; Filed: $4,838.00; Reference: | 7100-000 | | 455.05 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **8,038.96** | **8,038.96** | **$0.00** |
| Less: Bank Transfers | 8,038.96 | 0.00 | |
| **Subtotal** | **0.00** | **8,038.96** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$8,038.96** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-31465-BWB
**Case Name:** SUPER, MARK
SUPER, KELLY
**Taxpayer ID #:** 54-6937143
**Period Ending:** 12/11/09

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****21-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****21-65 | 8,502.36 | 463.40 | 0.00 |
| Checking # ***-*****21-66 | 0.00 | 8,038.96 | 0.00 |
| | $8,502.36 | $8,502.36 | $0.00 |